# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2021

## NO. 03-19-00546-CR

**Jesus Mendez, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgments. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.